UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UPSTATE NEW YORK ENGINEERS HEALTH FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS PENSION FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS S.U.B. FUND, by Daniel P. Harrigan, as Administrator; UPSTATE NEW YORK ENGINEERS TRAINING FUND, by Theron Hogle and Eugene Hallock, as Trustees; LOCAL 106 TRAINING AND APPRENTICESHIP FUND, by Daniel J. McGraw and Eugene Hallock, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, By Michael R. Fanning, as Chief Executive Officer; UPSTATE NEW YORK OPERATING ENGINEERS, LOCAL 158, by Daniel McGraw, as Business Manager,<br><br>Plaintiffs,<br><br>– against –<br><br>CASALE CONSTRUCTION SERVICES, INC. and CHARLES CASALE, Individually and as an Officer of Casale Construction Services, Inc.,<br><br>Defendants. | **NOTICE OF DISMISSAL**<br><br>5:15-cv-00041 (GLS/ATB) |

**PLEASE TAKE NOTICE**, that Plaintiffs dismiss the above-referenced action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: February 26, 2015

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

H:\coli\Legal\Casale_EJBF-Dismiss-Not.docx

SO ORDERED:

_____
Chief Judge, US District Court NDNY
Date: February 26, 2015